THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY J. MILLSTEIN, Appellant.

(Argued October 16, 1916; decided November 3, 1916.)

APPEAL from a judgment of the Supreme Court, rendered April 18, 1916, at a Trial Term for the county of Oneida, upon a verdict convicting the defendant of the crime of murder in the first degree.

*J. K. O'Connor* for appellant.

*Bradley Fuller* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.